UNITED STATES of America,
Plaintiff–Appellee

v.

Awunor Jackson IKECHUKWU,
Defendant–Appellant.

No. 07–11061
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2008.

Aaron Wiley, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Douglas A. Morris, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before GARZA, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Awunor Jackson Ikechukwu

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Ikechukwu has filed a response. Our independent review of the record, counsel's brief, and Ikechukwu's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.